IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISTA RECORDS LLC., et al., | No. C 07-4878 MMC |
| Plaintiffs | **ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY** |
| v. | |
| JOHN DOE, | |
| Defendant                                     / | |

Pursuant to Civil Local Rule 72-1, plaintiffs Arista Records LLC, UMG Recordings, Inc., and Sony BMG Music Entertainment's "Ex Parte Application for Leave to Take Immediate Discovery," filed September 20, 2007, and all further discovery motions, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

**IT IS SO ORDERED**.

Dated: September 26, 2007

MAXINE M. CHESNEY
United States District Judge