ORIGINAL

1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:      matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   ARISTA RECORDS LLC; UMG
7  RECORDINGS, INC.; and SONY BMG
   MUSIC ENTERTAINMENT
8

RECEIVED
SEP 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,

    Plaintiffs,

v.

JOHN DOE,

    Defendant.

CASE NO. C07-04878 MMC

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY

---

[~~Proposed~~] Order Granting Ex Parte Application for Leave to Take Immediate Discovery
Case No.
#32665 v1

1  Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2  Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3  ORDERED that Plaintiffs may serve immediate discovery on California State Univ -
4  Monterey Bay to obtain the identity of Defendant John Doe ("Defendant") by serving a Rule 45
5  subpoena that seeks documents that identify Defendant, including the name, current (and permanent)
6  address and telephone number, e-mail address, and Media Access Control addresses for Defendant.
7  The disclosure of this information is consistent with California State Univ - Monterey Bay's
8  obligations under 20 U.S.C. 1232g.
9  IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
10 the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
11 under the Copyright Act.

DATED: 10/1/07    By: _____
United States ~~District~~ Judge
Magistrate

[~~Proposed~~] Order Granting Ex Parte Application for Leave to Take Immediate Discovery
Case No.
#32665 v1