Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
ARISTA RECORDS LLC; UMG RECORDINGS, INC.; and SONY BMG MUSIC ENTERTAINMENT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN DOE,<br>　　　　　　　Defendant. | CASE NO. :07-CV-04878-MMC<br><br>Honorable Maxine M. Chesney<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1  Plaintiffs respectfully request that the Court continue the case management conference
2  currently set for January 4, 2008, at 10:30 a.m. to April 4, 2008.
3  Plaintiffs filed the Complaint against Defendant John Doe ("Defendant") on September 20,
4  2007.  Also on September 20, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take
5  Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on California
6  State University – Monterey Bay ("Cal State Monterey Bay"), so that Plaintiffs could obtain
7  information sufficient to identify Defendant.  On October 1, 2007, this Court issued its Order
8  Granting Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery authorizing
9  Plaintiffs to serve a Rule 45 subpoena on Cal State Monterey Bay.  On November 30, 2007, Cal
10 State Monterey Bay responded to Plaintiffs' subpoena, providing Plaintiffs with identifying
11 information including Defendant's name, telephone number, and address.
12 Now that Plaintiffs know Defendant's identity, and in hopes of avoiding further litigation,
13 Plaintiffs have sent a letter to Defendant asking her to contact Plaintiffs regarding possible
14 settlement of this matter.  If the parties do not reach a settlement, Plaintiffs will file an amended
15 complaint naming Defendant personally.
16 Given the foregoing circumstances, and because there is not yet a named defendant in this
17 case, a case management conference is unnecessary at this time.  Plaintiffs therefore request that the
18 Court continue the case management conference currently set for January 4, 2008, at 10:20 a.m. to
19 April 4, 2008.

20 Dated:  December 20, 2007                           HOLME ROBERTS & OWEN LLP

22                                                     By:  _____*/s/ Matthew Franklin Jaksa*____
23                                                            MATTHEW FRANKLIN JAKSA
                                                              Attorney for Plaintiffs

**ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for January 4, 2008, at 10:30 a.m. be continued to April 4, 2008.

Dated: _____     By: _____
                                    Honorable Maxine M. Chesney
                                    United States District Judge