1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
3  Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:         matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   ARISTA RECORDS LLC; UMG
7  RECORDINGS, INC.; and SONY BMG
   MUSIC ENTERTAINMENT
8

9              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
10                  SAN FRANCISCO DIVISION

11

12 | ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, | CASE NO. :07-CV-04878-MMC |
|---|---|
|  | Honorable Maxine M. Chesney |
|  | ***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| Plaintiffs, |  |
| v. |  |
| JOHN DOE, |  |
| Defendant. |  |

1  Plaintiffs respectfully request that the Court continue the case management conference
2  currently set for January 4, 2008, at 10:30 a.m. to April 4, 2008.
3  Plaintiffs filed the Complaint against Defendant John Doe ("Defendant") on September 20,
4  2007. Also on September 20, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take
5  Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on California
6  State University – Monterey Bay ("Cal State Monterey Bay"), so that Plaintiffs could obtain
7  information sufficient to identify Defendant. On October 1, 2007, this Court issued its Order
8  Granting Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery authorizing
9  Plaintiffs to serve a Rule 45 subpoena on Cal State Monterey Bay. On November 30, 2007, Cal
10  State Monterey Bay responded to Plaintiffs' subpoena, providing Plaintiffs with identifying
11  information including Defendant's name, telephone number, and address.
12  Now that Plaintiffs know Defendant's identity, and in hopes of avoiding further litigation,
13  Plaintiffs have sent a letter to Defendant asking her to contact Plaintiffs regarding possible
14  settlement of this matter. If the parties do not reach a settlement, Plaintiffs will file an amended
15  complaint naming Defendant personally.
16  Given the foregoing circumstances, and because there is not yet a named defendant in this
17  case, a case management conference is unnecessary at this time. Plaintiffs therefore request that the
18  Court continue the case management conference currently set for January 4, 2008, at 10:20 a.m. to
19  April 4, 2008.

20  Dated: December 20, 2007                    HOLME ROBERTS & OWEN LLP

22                                              By:  _____*/s/ Matthew Franklin Jaksa*___
23                                                   MATTHEW FRANKLIN JAKSA
                                                     Attorney for Plaintiffs

**ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for January 4, 2008, at 10:30 a.m. be continued to April 4, 2008.

Dated: _December 28, 2007__        By: _____
                                         Honorable Maxine M. Chesney
                                         United States District Judge