Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
ARISTA RECORDS LLC; UMG RECORDINGS, INC.; and SONY BMG MUSIC ENTERTAINMENT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>               Plaintiffs,<br><br>  v.<br><br>JOHN DOE,<br>               Defendant. | CASE NO. :07-CV-04878-MMC<br><br>**Honorable Maxine M. Chesney**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT JOHN DOE** |

1     Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs ARISTA RECORDS LLC, *et al*. voluntarily dismiss without prejudice their copyright infringement claim against Defendant John Doe, also identified as ID # 129393567 with IP address 207.62.147.216 2007-05-17 01:24:44 EDT, each party to bear its/her own fees and costs.  The Clerk of Court is respectfully requested to close this case.

Dated:  March 20, 2008                          HOLME ROBERTS & OWEN LLP

                                                       By: _____*/s/ Matthew Franklin Jaksa*___
                                                             MATTHEW FRANKLIN JAKSA
                                                             Attorney for Plaintiffs

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On March 20, 2008, I served the foregoing documents described as:

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT JOHN DOE**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**Hayley Azevedo**
**6011 General Jim Moore Blvd. 302412 D**
**Marina, CA 93933**

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 20, 2008 at San Francisco, California.

_Della Grant_
Della Grant

1

Proof of Service
Case No. 1:08-cv-00111-LJO-SMS
#36293 v1